■ In the Matter of TATYANA KISINA, Petitioner, v ARTHUR J. COOPERMAN et al., Respondents. [790 NYS2d 608]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to bar the respondents from proceeding with the trial in an action entitled *People v Kisina,* pending in the Supreme Court, Queens County, under Indictment No. 1914/2003.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements, for the reasons stated in *Matter of Kimyagarova v Spitzer* (16 AD3d 507 [2005] [decided herewith]). H. Miller, J.P., Adams, Goldstein and Spolzino, JJ., concur.